**THE SARACHEK LAW FIRM**
101 PARK AVEVENUE, 27th FLOOR
NEW YORK, NY 10178
TEL: (646) 517-5420 - FAX: (646) 861-4950

December 19, 2019

**VIA FACSIMILE (914) 390-4179**

The Honorable Nelson S. Roman
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

The application is ✓ granted.
___ denied.

Nelson S. Román, U.S.D.J.
Dated: 12-19-19
White Plains, New York 10601

Re:   *In re: Sears Holding Corporation*
      *Mien Co., Ltd, et al., Appellants v*
      *Sears Holding Corporation, Appellee*
      Civil Action No. 7:19-cv-10166-NSR

Dear Judge Roman:

We are writing to request an extension of Appellants' time to file their brief from January 2, 2020 to January 23, 2020. This is the first such request, and the proposed change to the briefing schedule is acceptable to the Debtors. The Debtors reserve the right to seek an extension of their answer deadline.

Thank you for your consideration.

Respectfully Submitted,

The Sarachek Law Firm

By: /s/ Joseph E. Sarachek
Joseph E. Sarachek (Bar #21632228)
101 Park Park Avenue, 27th Floor
New York, New York 10178
Telephone: (646) 517-5420
Email: joe@saracheklawfirm.com
Attorneys for *Mien Co., Ltd, et al.*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
12-19-19

Cc:   Paul R. Genender, Esq.
      Weil, Gotshal & Manges LLP
      Attorneys for the Debtors

*MEMO ENDORSED*