UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD) |
| MIEN CO., LTD., et al.<br><br>Appellants,<br><br>v.<br><br>SEARS HOLDINGS CORPORATION<br><br>Appellee. | Civil Action No.<br>7:19-cv- 10166 (NSR) |

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Mien Co., Ltd., A&A (HK) Industrial Limited, AMW Vietnam Co., Ltd., Auxo International Ltd., Beauty Gem, Inc., Esjay International Private Limited, Helen Andrews Inc, Holdsun Group Limited, Mansheen Industries, Ltd, Meenu Creation LLP, Mingle Fashion Limited, Purcell Murray Company, Inc., Samil Solution Co., Ltd., Shanghai Fochier International Trade Co. Ltd., Strong Progress Garment Factory Company Limited, and Vogue Tex (Pvt) Ltd. (the "Appellants") and Sears Holding

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Corporation (the "Appellee") hereby stipulate and agree to dismiss the above-captioned bankruptcy appeal with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 27th day of January, 2020.

| | |
|---|---|
| THE SARACHEK LAW FIRM | WEIL, GOTSHAL & MANGES LLP |
| Joseph E. Sarachek | Paul R. Genender |
| 101 Park Avenue – 27th Floor | 200 Crescent Court, Suite 300 |
| New York, NY 10178 | Dallas, TX 75201 |
| Telephone: (646) 517-5420 | Telephone: (214) 756-7877 |
| Facsimile: (646) 861-4950 | Facsimile: (214) 746-7777 |
| joe@sarachecklawfirm.com | paul.genender@weil.com |
| *Attorneys for the Appellants* | *Attorneys for Appellee* |

IT IS SO ORDERED this _____ day of January, 2020

_____
U.S. District Judge Nelson S. Roman